**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Indiana

Case number (*If known*): _____ Chapter _11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | IOK Technology, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-0179660 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3293 Salem Ridge Rd,<br>Number        Street | <br>Number        Street |
| _____ | <br>P.O. Box |
| Rising Sun          IN      47040<br>City                State    ZIP Code | <br>City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Ohio County<br>County | <br>Number        Street |
| | <br>City              State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://ioktech.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor     IOK Technology, LLC
_____     Case number (if known)_____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

3327____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

           District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

           District _____ When _____
                                                          MM  /  DD  / YYYY

           Case number, if known _____

| Debtor | IOK Technology, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City          State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    IOK Technology, LLC
_____
Name

Case number *(if known)*_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/19/2025
_____
MM  / DD / YYYY

✖ /s/ Benny Garland
_____
Signature of authorized representative of debtor

Benny Garland
_____
Printed name

Title   President
_____

---

**18. Signature of attorney**

✖ /s/ KC Cohen
_____
Signature of attorney for debtor

Date   06/19/2025
_____
MM   / DD / YYYY

KC Cohen
_____
Printed name

KC Cohen, Lawyer, PC
_____
Firm name

1915 Broad Ripple Ave.
_____
Number       Street

Indianapolis
_____
City

IN
_____
State

46220
_____
ZIP Code

3177151845
_____
Contact phone

kc@esoft-legal.com
_____
Email address

04310-49
_____
Bar number

IN
_____
State

---

---

**Fill in this information to identify the case:**

Debtor name _____IOK Technology, LLC_____

United States Bankruptcy Court for the: ___Southern District of Indiana___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

---

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..........................................................

    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................

    $ _____309,491.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................

    $ _____309,491.00

---

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................

   $ _____792,779.65

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................

    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

    **+**$ _____64,959.75

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

   $ _____857,739.40

---

**Fill in this information to identify the case:**

Debtor name ___IOK Technology, LLC___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Elan Financial Services P.O. Box 790408 St. Louis, MO, 63179-0408 | 866-552-8855 | Unsecured Loan Repayments | | | | 20,660.95 |
| 2 Bostwick-Braun P.O. Box 780282 Philadelphia, PA, 19178-0282 | 419-259-3600 | Suppliers or Vendors | | | | 11,129.22 |
| 3 Citi Cards P.O. Box 9001016 Louisville, KY, 40290-1016 | 855-378-6468 | Credit Card Debt | | | | 7,893.81 |
| 4 Alro Steel Corp. 24876 Network Place Chicago, IL, 60673-1248 | 513-769-9999 | Suppliers or Vendors | | | | 7,150.75 |
| 5 Porter-Guertin Co. 2150 Colerain Ave. Cincinnati, OH, 45214 | 513-241-7663 | Suppliers or Vendors | | | | 6,750.00 |
| 6 PayPal Credit/SYNCB P.O. Box 71707 Philadelphia, PA, 19176-1707 | 844-373-4961 | Credit Card Debt | | | | 6,686.21 |
| 7 Precision Indexable 1260 E. North St. Decatur, IL, 62521 | 217-475-0141 | Suppliers or Vendors | | | | 3,251.00 |
| 8 Vitis Technology P.O. Box 18248 Fairfield, OH, 45018 | 513-779-5700 | Suppliers or Vendors | | | | 1,437.81 |

Debtor IOK Technology, LLC
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name    IOK Technology, LLC

United States Bankruptcy Court for the:   Southern District of Indiana

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | civista bank | Checking | 1 9 6 0 | $ 3,625.00 |
| 3.2. | See continuation sheet | | | $ 3,200.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**    $ 6,825.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

        **Current value of debtor's interest**

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

Debtor _____IOK Technology, LLC_____     Case number (if known)_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____     $_____

8.2._____     $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $_____

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   47,123.00 _____  −  0.00 _____  = ........➔   $ 47,123.00 _____
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:      47,123.00 _____  −  0.00 _____  = ........➔   $ 47,123.00 _____
                            face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 94,246.00 _____

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $_____

---

Debtor IOK Technology, LLC
_____
Name

Case number (if known)_____

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ / ___ / _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>work in process | 05/30/2025<br>MM / DD / YYYY | 5,920.00<br>$_____ | expert | 5,920.00<br>$_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / _____<br>MM / DD / YYYY | $_____ | | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___ / ___ / _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 5,920.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

---

Schedule A/B: Assets — Real and Personal Property

Debtor    IOK Technology, LLC
_____
Name

Case number *(if known)*_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> 2 laptops and hp printers | $_____ | _____ | $ 0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    IOK Technology, LLC
Name                                                          Case number *(if known)*_____

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** see attached list | $_____ | _____ | $ 202,500.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 202,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

Debtor _____IOK Technology, LLC_____    Case number (if known)_____
              Name

---

| **Part 9:** | Real property |

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  primary operating premises | lessee | | | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00<br>$_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

| **Part 10:** | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

---

Debtor     IOK Technology, LLC
           _____          Case number (if known) _____
           Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____ — _____ = ➜   $_____
                                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____   $_____
_____     Tax year _____   $_____
_____     Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____     $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     $_____

Nature of claim     _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     $_____

Nature of claim     _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____     $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____     $_____
_____     $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    IOK Technology, LLC
_____    Case number _(if known)_____
Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $ 6,825.00 | | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $ 0.00 | | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $ 94,246.00 | | |
| 83. **Investments.** _Copy line 17, Part 4._ | $ 0.00 | | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $ 5,920.00 | | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $ 0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $ 0.00 | | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $ 202,500.00 | | |
| 88. **Real property.** _Copy line 56, Part 9._ ....................................➔ | | | $ 0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $ 0.00 | | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $ 0.00 | | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 309,491.00 | + 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................    $ 309,491.00    $ 309,491.00

Debtor 1      IOK Technology, LLC

First Name      Middle Name      Last Name

Case number (*if known*)_____

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| civista bank | Savings | |
| Balance: 1,600.00 | | |
| civista bank | Checking | |
| Balance: 1,600.00 | | |



| Inventory ID | Name | Description | Unit price | Quantity in stock | Inventory value |
|---|---|---|---|---|---|
| IN0001 | Hexagon CMM | Desc 1 | $40,000.00 | 1 | $40,000 |
| IN0002 | Keyence IM | IM Series | $10,000.00 | 1 | $10,000 |
| IN0003 | Mazak Integre | 100-4 | $15,000.00 | 1 | $15,000 |
| IN0004 | Mazak Integre | 200-3 | $15,000.00 | 2 | $30,000 |
| IN0005 | Mazak FH | 6800 | $15,000.00 | 2 | $30,000 |
| IN0006 | Mazak FH | 4800 | $15,000.00 | 1 | $15,000 |
| IN0007 | Mazak PFH | 4800 | $15,000.00 | 2 | $30,000 |
| IN0008 | Mazak VTC | 200B | $10,000.00 | 1 | $10,000 |
| IN0009 | Zoller | Tool Seter | $7,500.00 | 1 | $7,500 |
| IN0010 | Clark Forklift | 3,000# Capacity | $5,000.00 | 1 | $5,000 |
| IN0011 | Cin.Grinder | OD Grider | $10,000.00 | 1 | $10,000 |
| IN0012 | Item 12 | Desc 12 | $0.00 | 0 | $0 |
| IN0013 | Item 13 | Desc 13 | $0.00 | 0 | $0 |
| IN0014 | Item 14 | Desc 14 | $0.00 | 0 | $0 |
| IN0015 | Item 15 | Desc 15 | $0.00 | 0 | $0 |
| IN0016 | Item 16 | Desc 16 | $0.00 | 0 | $0 |
| IN0017 | Item 17 | Desc 17 | $0.00 | 0 | $0 |
| IN0018 | Item 18 | Desc 18 | $0.00 | 0 | $0 |
| IN0019 | Item 19 | Desc 19 | $0.00 | 0 | $0 |
| IN0020 | Item 20 | Desc 20 | $0.00 | 0 | $0 |
| IN0021 | Item 21 | Desc 21 | $0.00 | 0 | $0 |
| IN0022 | Item 22 | Desc 22 | $0.00 | 0 | $0 |
| IN0023 | Item 23 | Desc 23 | $0.00 | 0 | $0 |
| IN0024 | Item 24 | Desc 24 | $0.00 | 0 | $0 |
| IN0025 | Item 25 | Desc 25 | $0.00 | 0 | $0 |
| | | | | | $202,500 |

**Fill in this information to identify the case:**

Debtor name: IOK Technology, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

Creditor's name: Balboa Capital

Creditor's mailing address:
575 Anton Blvd. Suite 1080
Costa Mesa, CA 92626

Creditor's email address, if known: _____

Date debt was incurred _____

Last 4 digits of account number: -005

**Describe debtor's property that is subject to a lien**

$29,831.20          $0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,
_____

**2.2**

Creditor's name: Balboa Capital

Creditor's mailing address:
575 Anton Blvd. Suite 1080
Costa Mesa, CA 92626

Creditor's email address, if known: _____

Date debt was incurred _____

Last 4 digits of account number: -004

**Describe debtor's property that is subject to a lien**

$20,925.84          $0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 792,779.65

Debtor    IOK Technology, LLC

_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3  Creditor's name**
Leaf-Complete Capital
_____

**Creditor's mailing address**

One Commerce Square 2005 Market St. 14
Philadelphia, PA 19103
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    -002

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                                      ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

[                                      ]

$43,076.45     $0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4  Creditor's name**
Leaf-Complete Capital
_____

**Creditor's mailing address**

One Commerce Square 2005 Market St. 14
Philadelphia, PA 19103
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    -001

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [                                      ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

[                                      ]

$99,446.16     $0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    IOK Technology, LLC
_____
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
US Small Business Administration

_____

**Creditor's mailing address**

attn: District Counsel

400 Market St., Ste. 600, San Francisco, C.

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    6/1/2022

**Last 4 digits of account number**    7903

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2 laptops and hp printers, see attached list, work in process, Accounts Receivable

**$599,500.00**    **$309,491.00**

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    IOK Technology, LLC
_____    Case number (*if known*)_____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor     IOK Technology, LLC

United States Bankruptcy Court for the:   Southern District of Indiana

Case number
(If known)   _____

☐ Check if this is an
    amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account
number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account
number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account
number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Debtor IOK Technology, LLC

Name

Case number (if known) _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|--|--|--|

**3.1** **Nonpriority creditor's name and mailing address**
Alro Steel Corp.
24876 Network Place
Chicago, IL 60673-1248

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,150.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1591

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Bostwick-Braun
P.O. Box 780282
Philadelphia, PA 19178-0282

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,129.22

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 3841

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Citi Cards
P.O. Box 9001016
Louisville, KY 40290-1016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 7,893.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 3770

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Elan Financial Services
P.O. Box 790408
St. Louis, MO 63179-0408

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Loan Repayments

$ 20,660.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 923

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
PayPal Credit/SYNCB
P.O. Box 71707
Philadelphia, PA 19176-1707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,686.21

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5850

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Porter-Guertin Co.
2150 Colerain Ave.
Cincinnati, OH 45214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,750.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor ___IOK Technology, LLC_____ Case number _(if known)_____
　　　　Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.7** Nonpriority creditor's name and mailing address

Precision Indexable
1260 E. North St.
Decatur, IL 62521

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,251.00

---

**3.8** Nonpriority creditor's name and mailing address

Vitis Technology
P.O. Box 18248
Fairfield, OH 45018

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,437.81

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ _____

Debtor ___ICR Technology, LLC___
         Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 64,959.75 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 64,959.75 |

**Fill in this information to identify the case:**

Debtor name ___IOK Technology, LLC___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____  Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | lease for primary operating premises Lessee | Jane and Benny Garland 3293 Salem Ridge Rd Rising Sun, IN, 47040 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    IOK Technology, LLC

United States Bankruptcy Court for the:    Southern District of Indiana

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Benny Garland | 3293 Salem Ridge Rd<br>Rising Sun, IN 47040 | US Small Business Administration | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Payment to TAKM LTJ

8:06 PM

05/27/25

Cash Basis

**IOK TECHNOLOGY LLC**
**Find Report**
**May 27, 2024 through May 27, 2025**

| Type | Date | Num | Name | Memo | Account | Clr | Split | Original Amount | Paid Amount | Balance |
|------|------|-----|------|------|---------|-----|-------|-----------------|-------------|---------|
| **May 27, '24 - May 27, 25** | | | | | | | | | | |
| Check | 03/12/2025 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -250.00 | -250.00 | -250.00 |
| Check | 03/11/2025 | Debit | BennyGarland | | 118.00 · Civista Bank... | X | 572.00 · Proprie... | -500.00 | -500.00 | -750.00 |
| Check | 03/01/2025 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -500.00 | -500.00 | -1,250.00 |
| Check | 02/11/2025 | Debit | BennyGarland | | 118.00 · Civista Bank... | X | 572.00 · Proprie... | -500.00 | -500.00 | -1,750.00 |
| Check | 01/31/2025 | Debit | BennyGarland | | 118.00 · Civista Bank... | X | 572.00 · Proprie... | -500.00 | -500.00 | -2,250.00 |
| Check | 01/17/2025 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -2,000.00 | -2,000.00 | -4,250.00 |
| Check | 01/14/2025 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -600.00 | -600.00 | -4,850.00 |
| Check | 01/09/2025 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -300.00 | -300.00 | -5,150.00 |
| Check | 01/08/2025 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -200.00 | -200.00 | -5,350.00 |
| Check | 01/02/2025 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -1,000.00 | -1,000.00 | -6,350.00 |
| Check | 12/31/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -3,000.00 | -3,000.00 | -9,350.00 |
| Check | 12/31/2024 | 3996 | BennyGarland | Reimb. for pay... | 115.00 · Civista Bank... | X | 322.00 · Credit ... | -1,000.00 | -1,000.00 | -10,350.00 |
| Check | 12/30/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -200.00 | -200.00 | -10,550.00 |
| Check | 12/15/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -500.00 | -500.00 | -11,050.00 |
| Check | 12/13/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -500.00 | -500.00 | -11,550.00 |
| Check | 12/10/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -500.00 | -500.00 | -12,050.00 |
| Check | 12/04/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -2,000.00 | -2,000.00 | -14,050.00 |
| Check | 08/07/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -3,000.00 | -3,000.00 | -17,050.00 |
| Check | 08/01/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -2,000.00 | -2,000.00 | -19,050.00 |
| Check | 07/26/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -7,000.00 | -7,000.00 | -26,050.00 |
| Check | 07/15/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -4,000.00 | -4,000.00 | -30,050.00 |
| Check | 07/12/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -3,000.00 | -3,000.00 | -33,050.00 |
| Check | 07/05/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -2,000.00 | -2,000.00 | -35,050.00 |
| Check | 08/27/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -6,000.00 | -6,000.00 | -41,050.00 |
| Check | 06/26/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -5,000.00 | -5,000.00 | -46,050.00 |
| Check | 06/25/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -1,000.00 | -1,000.00 | -47,050.00 |
| Check | 06/15/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -3,000.00 | -3,000.00 | -50,050.00 |
| Check | 06/13/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -2,000.00 | -2,000.00 | -52,050.00 |
| Check | 06/10/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -3,000.00 | -3,000.00 | -55,050.00 |
| Check | 06/03/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -3,000.00 | -3,000.00 | -58,050.00 |
| Check | 06/01/2024 | Debit | BennyGarland | | 115.00 · Civista Bank... | X | 572.00 · Proprie... | -5,000.00 | -5,000.00 | -63,050.00 |
| **May 27, '24 - May 27, 25** | | | | | | | | | **-63,050.00** | **-63,050.00** |

**Fill in this information to identify the case:**

Debtor name ___IOK Technology, LLC_____

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br><small>MM / DD / YYYY</small> | to Filing date | ☑ Operating a business<br>☐ Other | $_____264,138.00 |
| **For prior year:** | From 01/01/2024<br><small>MM / DD / YYYY</small> | to 12/31/2024<br><small>MM / DD / YYYY</small> | ☑ Operating a business<br>☐ Other | $_____778,062.00 |
| **For the year before that:** | From 01/01/2023<br><small>MM / DD / YYYY</small> | to 12/31/2023<br><small>MM / DD / YYYY</small> | ☑ Operating a business<br>☐ Other | $_____571,902.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br><small>MM / DD / YYYY</small> | to Filing date | _____ | $_____ |
| **For prior year:** | From _____<br><small>MM / DD / YYYY</small> | to _____<br><small>MM / DD / YYYY</small> | _____ | $_____ |
| **For the year before that:** | From _____<br><small>MM / DD / YYYY</small> | to _____<br><small>MM / DD / YYYY</small> | _____ | $_____ |

Debtor _____IOK Technology, LLC_____  Case number (if known)_____
 　　　　　　　Name

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____see attached 90 day check registers____<br>Creditor's name | | $ 1.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____see attached list____<br>Insider's name<br><br>_____<br><br>_____ | _____<br><br>_____<br><br>_____ | $ 0.00 | salary and expense reimbursement |
| | **Relationship to debtor**<br>_____owner_____ | | | |
| 4.2. | _____<br>Insider's name<br><br>_____<br><br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

Debtor    IOK Technology, LLC
_____
Name

Case number *(if known)*_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ <br> **Case number** <br> _____ | | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. _____ <br> **Case number** <br> _____ | | Court or agency's name and address | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

Debtor    IOK Technology, LLC
_____
Name

Case number (*if known*)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ <br> Custodian's name | _____ | $_____ |
| | **Case title** <br> _____ | **Court name and address** <br> _____ <br> Name |
| | **Case number** <br> _____ | |
| | **Date of order or assignment** <br> _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |
| 9.2. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor ___IOK Technology, LLC_____    Case number (*if known*)_____
      Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | KC Cohen, Lawyer, PC | check | 3/24/2025 | $ 6,738.00 |
| | **Address** | | | |
| | 1915 Broad Ripple Ave<br>Indianapolis, IN 46220 | | | |
| | **Email or website address**<br>kc@esoft-legal.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor   IOK Technology, LLC _____     Case number *(if known)*_____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor     IOK Technology, LLC                                              Case number *(if known)*_____
           Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    IOK Technology, LLC
_____
Name

Case number (if known)_____

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    IOK Technology, LLC
_____    Case number *(if known)*_____
         Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **9**

Debtor    IOK Technology, LLC
_____    Case number *(if known)*_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | **Business name and address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____    To _____ |

---

Debtor    IOK Technology, LLC _____    Case number *(if known)*_____
　　　　　 Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Long Schaefer & Company<br>Name<br>3377 Compton Rd., Ste. 120, Cincinnati, OH 46251 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

Debtor    IOK Technology, LLC
_____
Name                                                        Case number *(if known)*_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor      IOK Technology, LLC
            _____      Case number (if known)_____
            Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |
| 27.2.  _____ Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benny Garland | 3293 Salem Road, Rising Sun, IN 47040 | CEO/owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

Debtor    IOK Technology, LLC
_____    Case number (if known)_____
          Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 _____ | | |
| Name | | |
| | | |
| | | |
| | | |
| Relationship to debtor | | |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/19/2025
          _____
          MM  / DD  / YYYY

✘ /s/ Benny Garland
_____          Printed name    Benny Garland
Signature of individual signing on behalf of the debtor                                   _____

Position or relationship to debtor    President
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

*Checking* 

8:27 PM
05/27/25
Accrual Basis

# IOK TECHNOLOGY LLC
## Account QuickReport
### As of May 27, 2025

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **118.00 · Civista Bank Checking Account 2** | | | | | | | 17,698.74 |
| Check | 02/27/2025 | Debit | Payroll | | 511.00 · Payroll... | -6,187.17 | 11,511.57 |
| Check | 02/27/2025 | Debit | Indiana State Central... | | 339.00 · Child ... | -100.00 | 11,411.57 |
| Check | 02/27/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -2,134.17 | 9,277.40 |
| Check | 02/27/2025 | Debit | PayOptions | | 765.00 · Legal ... | -42.55 | 9,234.85 |
| Check | 02/27/2025 | Phone | Southeastern Indiana... | | 695.00 · Utilities | -2,906.00 | 6,328.85 |
| Check | 02/27/2025 | Online | EIDL | | EIDL | -292.00 | 6,036.85 |
| Check | 02/27/2025 | 11 | Abrasive Technology | | 671.00 · Outsid... | -593.92 | 5,442.93 |
| Check | 02/27/2025 | 12 | Bostwick-Braun | | 669.00 · Small t... | -980.99 | 4,461.94 |
| Check | 02/28/2025 | Debit | Civista Bank Savings | | 117.00 · Civista... | -1,000.00 | 3,461.94 |
| Deposit | 02/28/2025 | | | Deposit | -SPLIT- | 12,843.00 | 16,304.94 |
| Check | 02/28/2025 | Phone | Civista Bank Credit C... | | 321.00 · Credit ... | -600.00 | 15,704.94 |
| Check | 03/03/2025 | 101 | Rumpke Consolidate... | | 678.00 · Repair... | -182.26 | 15,522.68 |
| Check | 03/03/2025 | Online | IN BIZ | | -SPLIT- | -32.50 | 15,490.18 |
| Check | 03/04/2025 | Phone | Indiana Farmers Mut... | | 658.00 · Insura... | -648.74 | 14,841.44 |
| Check | 03/06/2025 | Debit | Payroll | | 511.00 · Payroll... | -6,392.93 | 8,448.51 |
| Check | 03/06/2025 | Debit | Indiana State Central... | | 339.00 · Child ... | -100.00 | 8,348.51 |
| Check | 03/06/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -2,184.32 | 6,164.19 |
| Check | 03/06/2025 | Debit | PayOptions | | 765.00 · Legal ... | -42.55 | 6,121.64 |
| Check | 03/07/2025 | 102 | Trusty-Cook Inc. | | 678.00 · Repair... | -275.00 | 5,846.64 |
| Deposit | 03/08/2025 | | | Deposit | -SPLIT- | 7,465.50 | 13,312.14 |
| Check | 03/08/2025 | Phone | Costco Citi Visa | | 322.00 · Credit ... | -200.00 | 13,112.14 |
| Check | 03/10/2025 | 103 | Mitsubishi Electric A... | | 678.01 · Equip... | -1,751.98 | 11,360.16 |
| Check | 03/11/2025 | Debit | BennyGarland | | 572.00 · Propri... | -500.00 | 10,860.16 |
| Check | 03/11/2025 | 104 | Mazak Corporation | | 678.01 · Equip... | -3,244.85 | 7,615.31 |
| Check | 03/11/2025 | 105 | Bostwick-Braun | VOID: VOID: | 669.00 · Small t... | 0.00 | 7,615.31 |
| Check | 03/11/2025 | Debit | Civista Bank Checkin... | | 115.00 · Civista... | 8,000.00 | 15,615.31 |
| Check | 03/12/2025 | 106 | Rumpke Consolidate... | | 678.00 · Repair... | -182.75 | 15,432.56 |
| Check | 03/12/2025 | 107 | Indiana Oxygen Com... | | 621.01 · Materi... | -94.86 | 15,337.70 |
| Check | 03/13/2025 | Debit | Payroll | | 511.00 · Payroll... | -6,965.30 | 8,372.40 |
| Check | 03/13/2025 | Debit | Indiana State Central... | | 339.00 · Child ... | -100.00 | 8,272.40 |
| Check | 03/13/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -2,390.62 | 5,881.78 |
| Check | 03/13/2025 | Debit | PayOptions | | 765.00 · Legal ... | -42.55 | 5,839.23 |
| Deposit | 03/14/2025 | | | Deposit | -SPLIT- | 16,910.68 | 22,749.91 |
| Check | 03/17/2025 | 108 | Mazak Corporation | | 678.01 · Equip... | -1,158.83 | 21,591.08 |
| Check | 03/17/2025 | 109 | Alro Steel Corporation | | 621.01 · Materi... | -814.01 | 20,777.07 |
| Check | 03/17/2025 | 110 | McMaster Carr | | 682.00 · Shop ... | -395.82 | 20,381.25 |
| Check | 03/17/2025 | 111 | Bostwick-Braun | | 669.00 · Small t... | -734.50 | 19,646.75 |
| Check | 03/18/2025 | Online | EIDL | | EIDL | -292.00 | 19,354.75 |
| Deposit | 03/18/2025 | | | Deposit | 150.00 · Undep... | 7,296.00 | 26,650.75 |
| Deposit | 03/18/2025 | | | Deposit | 150.00 · Undep... | 720.00 | 27,370.75 |
| Check | 03/20/2025 | Debit | Payroll | | 511.00 · Payroll... | -6,064.48 | 21,306.27 |
| Check | 03/20/2025 | Debit | Indiana State Central... | | 339.00 · Child ... | -100.00 | 21,206.27 |
| Check | 03/20/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -2,094.32 | 19,111.95 |
| Check | 03/20/2025 | Debit | PayOptions | | 765.00 · Legal ... | -42.55 | 19,069.40 |
| Check | 03/20/2025 | 112 | KC Cohen | | 765.00 · Legal ... | -6,738.00 | 12,331.40 |
| Check | 03/21/2025 | Debit | Civista Bank Checking | | 115.00 · Civista... | -500.00 | 11,831.40 |
| Check | 03/25/2025 | Phone | Southeastern Indiana... | | 695.00 · Utilities | -2,231.00 | 9,600.40 |
| Deposit | 03/25/2025 | | Civista Bank Checkin... | Deposit | 115.00 · Civista... | -500.00 | 9,100.40 |
| Check | 03/25/2025 | Phone | Civista Bank Credit C... | | 321.00 · Credit ... | -2,000.00 | 7,100.40 |
| Check | 03/25/2025 | Auto Pay | Markel | | 660.00 · Insura... | -547.00 | 6,553.40 |
| Deposit | 03/26/2025 | | | Deposit | 150.00 · Undep... | 4,800.00 | 11,353.40 |
| Check | 03/27/2025 | Debit | Payroll | | 511.00 · Payroll... | -6,352.90 | 5,000.50 |
| Check | 03/27/2025 | Debit | Indiana State Central... | | 339.00 · Child ... | -100.00 | 4,900.50 |
| Check | 03/27/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -2,182.81 | 2,717.69 |
| Check | 03/27/2025 | Debit | PayOptions | | 765.00 · Legal ... | -42.55 | 2,675.44 |
| Deposit | 03/27/2025 | | Civista Bank Checkin... | Deposit | 115.00 · Civista... | -500.00 | 2,175.44 |
| Check | 04/01/2025 | 113 | | VOID: | 768.00 · Miscell... | 0.00 | 2,175.44 |
| Check | 04/01/2025 | 114 | Sam's Club | VOID: 1 year ... | 744.00 · Dues a... | 0.00 | 2,175.44 |
| Check | 04/01/2025 | 115 | Indiana Oxygen Com... | | -SPLIT- | -627.30 | 1,548.14 |
| Check | 04/01/2025 | 116 | Mazak Corporation | | 678.01 · Equip... | -240.04 | 1,308.10 |
| Check | 04/01/2025 | 117 | McMaster Carr | | 682.00 · Shop ... | -258.27 | 1,049.83 |
| Deposit | 04/02/2025 | | | Deposit | 117.00 · Civista... | 5,000.00 | 6,049.83 |
| Check | 04/03/2025 | Debit | Payroll | | 511.00 · Payroll... | -5,099.45 | 950.38 |
| Check | 04/03/2025 | Debit | Indiana State Central... | | 339.00 · Child ... | -100.00 | 850.38 |
| Check | 04/03/2025 | Debit | PayOptions | | 765.00 · Legal ... | -34.75 | 815.63 |
| Check | 04/03/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -1,780.85 | -965.22 |
| Check | 04/04/2025 | Phone | Indiana Farmers Mut... | | 658.00 · Insura... | -648.74 | -1,613.96 |
| Deposit | 04/04/2025 | | | Deposit | 115.00 · Civista... | 1,500.00 | -113.96 |
| Deposit | 04/07/2025 | | | Deposit | 150.00 · Undep... | 9,600.00 | 9,486.04 |
| Check | 04/10/2025 | Debit | Payroll | | 511.00 · Payroll... | -5,431.06 | 4,054.98 |
| Check | 04/10/2025 | Debit | Indiana State Central... | | 339.00 · Child ... | -100.00 | 3,954.98 |
| Check | 04/10/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -1,869.44 | 2,085.54 |
| Check | 04/10/2025 | Debit | PayOptions | | 765.00 · Legal ... | -37.25 | 2,048.29 |
| Check | 04/10/2025 | Debit | Payroll | | 511.00 · Payroll... | -611.02 | 1,437.27 |
| Check | 04/10/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -245.38 | 1,191.89 |
| Check | 04/10/2025 | Debit | PayOptions | | 765.00 · Legal ... | -21.56 | 1,170.33 |
| Deposit | 04/11/2025 | | | Deposit | 150.00 · Undep... | 5,749.72 | 6,920.05 |

8:27 PM

05/27/25

Accrual Basis

# IOK TECHNOLOGY  LLC
## Account QuickReport
### As of May 27, 2025

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Deposit | 04/11/2025 | | | Deposit | 150.00 · Undep... | 4,800.00 | 11,720.05 |
| Deposit | 04/12/2025 | | Civista Bank Checkin... | Deposit | 115.00 · Civista... | -2,500.00 | 9,220.05 |
| Check | 04/14/2025 | Online | UPS | | 652.00 · Freight | -83.36 | 9,136.69 |
| Check | 04/14/2025 | Phone | Harbor Freight | | 323.00 · Credit ... | -200.00 | 8,936.69 |
| Deposit | 04/15/2025 | | | Deposit | 150.00 · Undep... | 2,140.74 | 11,077.43 |
| Check | 04/17/2025 | 118 | Grainger | | 682.00 · Shop ... | -60.49 | 11,016.94 |
| Check | 04/17/2025 | 119 | Techmetals | | 671.00 · Outsid... | -325.00 | 10,691.94 |
| Check | 04/17/2025 | 120 | MSC Industrial Suppl... | | 669.00 · Small t... | -162.17 | 10,529.77 |
| Check | 04/17/2025 | 121 | Mazak Corporation | | 678.01 · Equip... | -240.04 | 10,289.73 |
| Check | 04/17/2025 | Debit | Payroll | | 511.00 · Payroll... | -5,501.29 | 4,788.44 |
| Check | 04/17/2025 | Debit | Indiana State Central... | | 339.00 · Child ... | -100.00 | 4,688.44 |
| Check | 04/17/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -1,922.14 | 2,766.30 |
| Check | 04/17/2025 | Debit | PayOptions | | 765.00 · Legal ... | -45.55 | 2,720.75 |
| Deposit | 04/18/2025 | | | Deposit | -SPLIT- | 9,872.00 | 12,592.75 |
| Check | 04/23/2025 | 122 | Bostwick-Braun | | 669.00 · Small t... | -1,964.30 | 10,628.45 |
| Check | 04/23/2025 | Online | EIDL | | EIDL | -292.00 | 10,336.45 |
| Check | 04/23/2025 | | | Stop Ck.# 105 | 730.00 · Bank S... | -38.00 | 10,298.45 |
| Check | 04/24/2025 | Debit | Payroll | | 511.00 · Payroll... | -5,225.57 | 5,072.88 |
| Check | 04/24/2025 | Debit | Indiana State Central... | Nathan's Child... | 339.00 · Child ... | -100.00 | 4,972.88 |
| Check | 04/24/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -1,731.61 | 3,241.27 |
| Check | 04/24/2025 | Debit | PayOptions | | 765.00 · Legal ... | -80.58 | 3,160.69 |
| Deposit | 04/25/2025 | | | Deposit | -SPLIT- | 9,840.00 | 13,000.69 |
| Check | 04/25/2025 | AutoPay | Markel | | 660.00 · Insura... | -347.00 | 12,653.69 |
| Check | 04/26/2025 | Phone | Southeastern Indiana... | | 695.00 · Utilities | -2,106.00 | 10,547.69 |
| Deposit | 04/26/2025 | | Civista Bank Checkin... | Deposit | 115.00 · Civista... | -500.00 | 10,047.69 |
| Check | 05/01/2025 | Debit | Payroll | | 511.00 · Payroll... | -5,454.30 | 4,593.39 |
| Check | 05/01/2025 | Debit | Indiana State Central... | Nathan's Child... | 339.00 · Child ... | -100.00 | 4,493.39 |
| Check | 05/01/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -1,770.48 | 2,722.91 |
| Check | 05/01/2025 | Debit | PayOptions | | 765.00 · Legal ... | -45.55 | 2,677.36 |
| Deposit | 05/02/2025 | | | Deposit | -SPLIT- | 8,648.80 | 11,326.16 |
| Deposit | 05/02/2025 | | Civista Bank Checkin... | Deposit | 115.00 · Civista... | -200.00 | 11,126.16 |
| Check | 05/04/2025 | Phone | Indiana Farmers Mut... | | 658.00 · Insura... | -648.74 | 10,477.42 |
| Check | 05/04/2025 | Online | UPS | | 652.00 · Freight | -335.23 | 10,142.19 |
| Check | 05/05/2025 | 123 | CCD - Catchen Cust... | | 671.00 · Outsid... | -150.00 | 9,992.19 |
| Check | 05/06/2025 | 124 | Ohio County Treasurer | | 786.00 · Taxes ... | -404.70 | 9,587.49 |
| Check | 05/06/2025 | 125 | Rumpke Consolidate... | | 678.00 · Repair... | -181.46 | 9,406.03 |
| Check | 05/08/2025 | Debit | Payroll | | 511.00 · Payroll... | -5,227.06 | 4,178.97 |
| Check | 05/08/2025 | Debit | Indiana State Central... | Nathan's Child... | 339.00 · Child ... | -100.00 | 4,078.97 |
| Check | 05/08/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -1,703.74 | 2,375.23 |
| Check | 05/08/2025 | Debit | PayOptions | | 765.00 · Legal ... | -42.85 | 2,332.38 |
| Deposit | 05/10/2025 | | | Deposit | 115.00 · Civista... | 8,000.00 | 10,332.38 |
| Deposit | 05/13/2025 | | Civista Bank Checkin... | Deposit | 115.00 · Civista... | -2,000.00 | 8,332.38 |
| Check | 05/14/2025 | 126 | Indiana Oxygen Com... | | 621.01 · Materi... | -347.06 | 7,985.32 |
| Check | 05/15/2025 | Debit | Payroll | | 511.00 · Payroll... | -5,986.17 | 1,999.15 |
| Check | 05/15/2025 | Debit | Indiana State Central... | Nathan's Child... | 339.00 · Child ... | -100.00 | 1,899.15 |
| Check | 05/15/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -2,025.62 | -126.47 |
| Check | 05/15/2025 | Debit | PayOptions | | 765.00 · Legal ... | -45.55 | -172.02 |
| Deposit | 05/16/2025 | | | Deposit | -SPLIT- | 14,400.00 | 14,227.98 |
| Check | 05/16/2025 | Online | Rumpke Consolidate... | | 678.00 · Repair... | -184.11 | 14,043.87 |
| Check | 05/18/2025 | Online | UPS | | 652.00 · Freight | -141.96 | 13,901.91 |
| Check | 05/18/2025 | Phone | Capital One Business | | 324.00 · Credit ... | -37.90 | 13,864.01 |
| Check | 05/19/2025 | Online | UPS | | 652.00 · Freight | -13.36 | 13,850.65 |
| Check | 05/21/2025 | Phone | Southeastern Indiana... | | 695.00 · Utilities | -2,060.00 | 11,790.65 |
| Deposit | 05/21/2025 | | Civista Bank Checkin... | Deposit | 115.00 · Civista... | -400.00 | 11,390.65 |
| Check | 05/22/2025 | Debit | Payroll | | 511.00 · Payroll... | -5,355.73 | 6,034.92 |
| Check | 05/22/2025 | Debit | Indiana State Central... | Nathan's Child... | 339.00 · Child ... | -100.00 | 5,934.92 |
| Check | 05/22/2025 | Debit | Payroll Tax | | 787.00 · Payroll... | -1,846.08 | 4,088.84 |
| Check | 05/22/2025 | Debit | PayOptions | | 765.00 · Legal ... | -40.16 | 4,048.68 |
| Check | 05/23/2025 | Debit | Four O Corporation | | 682.00 · Shop ... | -396.40 | 3,652.28 |
| Deposit | 05/24/2025 | | | Deposit | -SPLIT- | 6,220.00 | 9,872.28 |
| Check | 05/27/2025 | Debit | Civista Bank Checking | | 115.00 · Civista... | -200.00 | 9,672.28 |

Total 118.00 · Civista Bank Checking Account 2                                          -8,026.46          9,672.28

**TOTAL**                                                                                -8,026.46          9,672.28

*Checking Account Ending 4050*

**IOK TECHNOLOGY  LLC**
## Account QuickReport
**As of May 27, 2025**

8:17 PM
05/27/25
Accrual Basis

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **115.00 · Civista Bank formerly UCB** | | | | | | | 359.47 |
| Deposit | 02/28/2025 | | | Deposit | 150.00 · Undep... | 2,986.00 | 3,345.47 |
| Check | 02/28/2025 | Online | Apple Card | | -SPLIT- | -100.00 | 3,245.47 |
| Check | 02/28/2025 | Debit | Paypal Credit | | 669.00 · Small t... | -136.65 | 3,108.82 |
| Check | 02/28/2025 | | | Service Charge | 730.00 · Bank S... | -177.90 | 2,930.92 |
| Check | 03/01/2025 | Debit | BennyGarland | | 572.00 · Propri... | -500.00 | 2,430.92 |
| Check | 03/02/2025 | Online | Paypal Credit | | -SPLIT- | -300.00 | 2,130.92 |
| Check | 03/04/2025 | Online | Discover | | 322.01 · Credit ... | -100.00 | 2,030.92 |
| Check | 03/05/2025 | Debit | Civista Bank Savings | | 117.00 · Civista... | -1,000.00 | 1,030.92 |
| Deposit | 03/10/2025 | | | Deposit | 150.00 · Undep... | 10,640.00 | 11,670.92 |
| Check | 03/11/2025 | Debit | Civista Bank Checkin... | | 118.00 · Civista... | -8,000.00 | 3,670.92 |
| Check | 03/12/2025 | Debit | BennyGarland | | 572.00 · Propri... | -250.00 | 3,420.92 |
| Check | 03/12/2025 | Phone | Harbor Freight | | 323.00 · Credit ... | -200.00 | 3,220.92 |
| Check | 03/13/2025 | AutoPay | German American B... | | -SPLIT- | -2,501.36 | 719.56 |
| Check | 03/17/2025 | Online | UPS | | 652.00 · Freight | -18.15 | 701.41 |
| Check | 03/21/2025 | Debit | Civista Bank Checking | | 118.00 · Civista... | 500.00 | 1,201.41 |
| Check | 03/21/2025 | AutoPay | Prudential Life Insura... | | 662.00 · Life In... | -469.44 | 731.97 |
| Check | 03/24/2025 | Online | UPS | | 652.00 · Freight | -193.42 | 538.55 |
| Deposit | 03/25/2025 | | | Deposit | 118.00 · Civista... | 500.00 | 1,038.55 |
| Check | 03/26/2025 | AutoPay | ECI Software Solutio... | | 771.00 · Softwa... | -489.21 | 549.34 |
| Deposit | 03/27/2025 | | | Deposit | 117.00 · Civista... | 300.00 | 849.34 |
| Deposit | 03/27/2025 | | | Deposit | 118.00 · Civista... | 500.00 | 1,349.34 |
| Check | 03/27/2025 | 4015 | Apple Card | | -SPLIT- | -250.00 | 1,099.34 |
| Check | 03/31/2025 | Debit | Paypal Credit | | 768.00 · Miscell... | -227.85 | 871.49 |
| Check | 03/31/2025 | | | Service Charge | 730.00 · Bank S... | -186.90 | 684.59 |
| Check | 04/03/2025 | Online | UPS | | 652.00 · Freight | -14.64 | 669.95 |
| Deposit | 04/04/2025 | | | Deposit | 150.00 · Undep... | 1,800.00 | 2,469.95 |
| Deposit | 04/04/2025 | | Civista Bank Checking | Deposit | 118.00 · Civista... | -1,500.00 | 969.95 |
| Check | 04/04/2025 | Online | Paypal Credit | | -SPLIT- | -250.00 | 719.95 |
| Check | 04/07/2025 | Online | Discover | | 322.01 · Credit ... | -100.00 | 619.95 |
| Deposit | 04/12/2025 | | | Deposit | 117.00 · Civista... | 750.00 | 1,369.95 |
| Deposit | 04/12/2025 | | | Deposit | 118.00 · Civista... | 2,500.00 | 3,869.95 |
| Check | 04/12/2025 | Online | Costco Citi Visa | | 322.00 · Credit ... | -500.00 | 3,369.95 |
| Check | 04/13/2025 | AutoPay | German American B... | | -SPLIT- | -2,501.36 | 868.59 |
| Check | 04/21/2025 | AutoPay | Prudential Life Insura... | | 662.00 · Life In... | -469.44 | 399.15 |
| Check | 04/26/2025 | AutoPay | ECI Software Solutio... | | 771.00 · Softwa... | -489.21 | -90.06 |
| Deposit | 04/26/2025 | | | Deposit | 118.00 · Civista... | 500.00 | 409.94 |
| Check | 04/30/2025 | 4016 | Paypal Credit | | 768.00 · Miscell... | -224.86 | 185.08 |
| Check | 04/30/2025 | | | Service Charge | 730.00 · Bank S... | -139.90 | 45.18 |
| Deposit | 05/02/2025 | | | Deposit | 118.00 · Civista... | 200.00 | 245.18 |
| Deposit | 05/09/2025 | | | Deposit | 150.00 · Undep... | 8,797.44 | 9,042.62 |
| Deposit | 05/10/2025 | | Civista Bank Checking | Deposit | 118.00 · Civista... | -8,000.00 | 1,042.62 |
| Deposit | 05/13/2025 | | | Deposit | 118.00 · Civista... | 2,000.00 | 3,042.62 |
| Check | 05/13/2025 | AutoPay | German American B... | | -SPLIT- | -2,501.36 | 541.26 |
| Deposit | 05/21/2025 | | | Deposit | 118.00 · Civista... | 400.00 | 941.26 |
| Check | 05/21/2025 | Auto Pay | Prudential Life Insura... | | 662.00 · Life In... | -469.44 | 471.82 |
| Check | 05/27/2025 | Debit | Civista Bank Checking | | 118.00 · Civista... | 200.00 | 671.82 |
| Total 115.00 · Civista Bank formerly UCB | | | | | | 312.35 | 671.82 |
| **TOTAL** | | | | | | **312.35** | **671.82** |

Verification of Creditor List (rev 12/01/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:                                              )
 IOK Technology, LLC _____ )     Case No. _____
*[Name of Debtor(s)]*                               )          *(xx-xxxxx)*
_____, )
                         Debtor(s).   )

☐   Check if this form
is submitted with an
amended creditor list.

## <u>VERIFICATION OF CREDITOR LIST</u>

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:   06/19/2025 _____

/s/ Benny Garland
_____
Signature of Debtor


_____
Signature of Joint Debtor


**(Note:  Certificate of Service not required.)**

Alro Steel Corp.
24876 Network Place
Chicago, IL 60673-1248

Balboa Capital
575 Anton Blvd. Suite 1080
Costa Mesa, CA 92626

Benny Garland
3293 Salem Ridge Rd
Rising Sun, IN 47040

Bostwick-Braun
P.O. Box 780282
Philadelphia, PA 19178-0282

Citi Cards
P.O. Box 9001016
Louisville, KY 40290-1016

Elan Financial Services
P.O. Box 790408
St. Louis, MO 63179-0408

Jane and Benny Garland
3293 Salem Ridge Rd
Rising Sun, IN 47040

Leaf-Complete Capital
One Commerce Square 2005 Market St. 14th
Philadelphia, PA 19103

PayPal Credit/SYNCB
P.O. Box 71707
Philadelphia, PA 19176-1707

Porter-Guertin Co.
2150 Colerain Ave.
Cincinnati, OH 45214

Precision Indexable
1260 E. North St.
Decatur, IL 62521

US Small Business Administration
attn: District Counsel
400 Market St., Ste. 600
San Francisco, CA 94105

Vitis Technology
P.O. Box 18248
Fairfield, OH 45018

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

#### Southern District of Indiana

**In re** IOK Technology, LLC

Case No. _____

**Debtor**

Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ <u>5,000.00</u>

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ <u>450.00</u>

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

 Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/19/2025

*Date*

/s/ KC Cohen, 04310-49

*Signature of Attorney*

KC Cohen, Lawyer, PC

*Name of law firm*

1915 Broad Ripple Ave.
Indianapolis, IN 46220

**Fill in this information to identify the case and this filing:**

Debtor Name ___IOK Technology, LLC_____

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (*If known*):   _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/19/2025___        ✗ /s/ Benny Garland _____

MM / DD / YYYY              Signature of individual signing on behalf of debtor

Benny Garland _____
Printed name

President _____
Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**                                         Case No._____

IOK Technology, LLC
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Benny Garland<br>3293 Salem Road, Rising Sun, IN 47040 | 100 | Other (membership interest holder) |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

✖ /s/ Benny Garland
_____

**Signature of individual signing on behalf of the debtor**

**Date** _06/19/2025_____